IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL G. HAMM, as Chapter 7 Trustee, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NOS. 2:11-cv-1091-MEF ) |
| CREDIT EXCHANGE CORPORATION, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

The Court having resolved the issues related to this case in the cases of 2:11cv677, 678, and 784, the Clerk of the Court is DIRECTED to close this case.

DONE this 23rd day of April, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE